## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: )
Olusegun B Leramo )  Case No. 17-14696
)
)
)
_____Debtor(s).___ )

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of Olusegun B Leramo, seeking payment of funds previously unclaimed by Olusegun B Leramo (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that Olusegun B Leramo is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 14,100.00 from the Unclaimed Funds to:

>   Olusegun B Leramo
>   PO Box 20881
>   Bakersfield, CA 93390

The funds may be disbursed only after 14 calendar days from the entry of this court's order to allow for the appeal period to pass.

Dated: Jul 09, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

EDC 6-950 (Revised 9/25/19)